IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD N. NORWOOD,

    Petitioner,

v.

RICHARD IVES, Warden,

    Respondent.
_____

Civ. No. 3:17-cv-00733-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 17), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 17) is adopted. This action is dismissed.

IT IS SO ORDERED.

    DATED this 17th day of October, 2017.

                                        _____/s/ Michael J. McShane_____
                                                Michael McShane
                                            United States District Judge